No. 94–5598.   SNEAD v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 94–5604.   REYNOLDS v. TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 94–5605.   OYLER v. ALLENBRAND ET AL.   C. A. 10th Cir. Certiorari denied.

No. 94–5612.   HALE v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 94–5613.   LOWRY v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 94–5614.   SHABAZZ v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 94–5616.   SORENSON v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 94–5620.   HILL v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 94–5621.   GRIER ET AL. v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 94–5622.   BRITTINGHAM v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 94–5624.   BLANC v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 94–5625.   BACA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 94–5628.   GILBERT v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 94–5629.   GOMEZ v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 94–5631.   DUSENBERY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 94–5632.   AGOFSKY v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.